CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PT (PERSERO) MERPATI NUSANTARA AIRLINES     )
                                            )
                                            )
                                            )
                     Plaintiff              )
                                            )
                        v.                  )
THIRDSTONE AIRCRAFT LEASING GROUP, INC.     )    Case: 1:07-cv-00717
AND                                         )    Assigned To : Leon, Richard J.
     ALAN MESSNER                           )    Assign. Date : 4/20/2007
                     Defendant              )    Description: PT(PERSERO)MERPATI NUSANTARA A/LINES V THIRDSTONE A/CRFT., ETAL
                                            )
                                            )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  PT (Persero) Merpati Nusantara Airlines  ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of PT (Persero) Merpati Nusantara Airlines, which have any outstanding securities

in the hands of the public.  _____None_____

_____

_____

These representations are made in order that judges of this court may determine the need for
recusal.

Attorney of Record

_____
Signature

384726
_____
Bar Identification Number

Philip M. Keating / Bean, Kinney & Korman, PC
_____
Print Name

2300 Wilson Boulevard, 7th Floor
_____
Address

Arlington        VA        22201
_____
City             State     Zip

703-525-4000
_____
Telephone Number

2