# UNITED STATES DISTRICT COURT
## District of Columbia

PT (PERSERO) MERPATI NUSANTARA AIRLINES

Jalan. Angkasa Block B-15
Kav 2-3
Jakarta 10720
Indonesia

V.

THIRDSTONE AIRCRAFT LEASING GROUP, INC.
1924 N. Street, N.W.
Washington, DC 20036
Serve: Mayor of the District of Columbia
c/o Corporation Section
DCRA
941 N. Capitol Street, N.E.
Washington, DC 20002

and

Alan Messner
1721 Galloway Circle
Inverness, IL 60010

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-00717
Assigned To : Leon, Richard J.
Assign. Date : 4/20/2007
Description: PT(PERSERO)MERPATI NUSANTARA A/LINES V THIRDSTONE A/CRFT., ETAL

TO: (Name and address of Defendant)

Alan Messner
1721 Galloway Circle
Inverness, IL 60010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip M. Keating
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 2 0 2007
CLERK                                       DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  April 26, 2007 – 4:51 p.m. |
| NAME OF SERVER (PRINT)  John C. Mahr | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __Andrea Messner (wife)__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $31.50 | SERVICES  $108.85 | TOTAL  $140.35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __April 27, 2007__          _____
                Date                        *Signature of Server*

__120 East Ogden, Suite 12, Hinsdale, IL 60521__
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.