AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PT (PERSERO) MERPATI NUSANTARA AIRLINES

Jalan. Angkasa Block B-15
Kav 2-3
Jakarta 10720
Indonesia

**SUMMONS IN A CIVIL CASE**

V.

THIRDSTONE AIRCRAFT LEASING GROUP, INC.
1924 N. Street, N.W.
Washington, DC 20036
Serve: Mayor of the District of Columbia
    c/o Corporation Section
    DCRA
    941 N. Capitol Street, N.E.
    Washington, DC 20002

CASE

Case: 1:07-cv-00717
Assigned To : Leon, Richard J.
Assign. Date : 4/20/2007
Description: PT(PERSERO)MERPATI NUSANTARA A/LINES V THIRDSTONE A/CRFT., ETAL

and

    Alan Messner
    1721 Galloway Circle
    Inverness, IL 60010

**TO:** (Name and address of Defendant)  Thirdstone Aircraft Leasing Group, Inc.
    1924 N. Street, N.W.
    Washington, DC 20036
    Serve: Mayor of the District of Columbia
        c/o Corporation Section
        DCRA
        941 N. Capitol Street, N.E.
        Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Philip M. Keating

    Bean, Kinney & Korman, P.C.

    2300 Wilson Boulevard, 7th Floor

    Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 2 0 2007

CLERK

DATE

*(signature)*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-24-07 @ 2:48 P.m. |
| NAME OF SERVER (PRINT)  Clifford Lewin | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 941 N. Capital

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Errie Evans - ParaLegal

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-24-07___     _____
                Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.