CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PT (Persero) Merpati Nusantara Airlines  )
)
)
vs.                              )   Civil Action No. 1:07-cv-717
Thirdstone Aircraft Leasing Group, Inc )
and                              )
Alan Messner                     )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __24th__ day of __May__, __2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Thirdstone Aircraft Leasing Group, Inc.__

was [were]:    [personally served with process on __April 24, 2007__ ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ [signature]_
Attorney for Plaintiff(s) [signature]
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 2201

384726
Bar Id. Number

Address and Telephone Number
Telephone: 703-525-4000
Facsimile: 703-525-2207