Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA AIRLINES

    Plaintiff(s)

V.

Civil Action No. 07-717 RJL

THIRDSTONE AIRCRAFT LEASING GROUP, INC. et al

    Defendant(s)

RE: THIRDSTONE AIRCRAFT LEASING GROUP, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 24, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk