IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES<br><br>    Plaintiff,<br>v.<br><br>THIRDSTONE AIRCRAFT LEASING GROUP, INC.<br><br>and<br><br>ALAN MESSNER<br><br>    Defendants. | Civil Case No. 1:07-cv-00717 RJL |

MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT THIRDSTONE AIRCRAFT LEASING GROUP, INC.

    PT (Persero) Merpati Nusantara Airlines ("Merpati"), through its undersigned counsel, Philip M. Keating, Bean, Kinney & Korman, P.C., pursuant to Fed. Civ. P. 55(b)(1), files this Motion for Entry of Default Judgment. Plaintiff refers the Court to the accompanying Memorandum of Points and Authorities and Affidavit of Damages, in support hereof.

    WHEREFORE, Merpati. requests entry of a default judgment against Thirdstone Aircraft Leasing Group, Inc. in the amount set forth in the accompanying Affidavit and proposed order of judgment.

    Respectfully Submitted,

BEAN, KINNEY & KORMAN, P.C.

By: /s/ Philip M. Keating
    Philip M. Keating, Esquire (DC Bar No. 384726)
    2300 Wilson Boulevard, 7th Floor
    Arlington, Virginia 22201
    Phone: 703-525-4000
    Facsimile: 703-525-2207

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by first class mail, postage pre-paid, this 31st day of May 2007 to:

Alan Messner
1721 Galloway Circle
Inverness, IL 60010

Thirdstone Aircraft Leasing Group, Inc.
1924 N Street, N.W.
Washington, DC 20036

    /s/   Philip M. Keating
    Philip M. Keating

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES<br><br>    Plaintiff,<br><br>v.<br><br>THIRDSTONE AIRCRAFT LEASING GROUP, INC.<br><br>and<br><br>ALAN MESSNER<br><br>    Defendants. | Civil Case No.1: 07-cv-00717 RJL |

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT
OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT THIRDSTONE AIRCRAFT LEASING GROUP**

Pt (Persero) Merpati Nusantara Airlines ("Merpati"), through its undersigned counsel, Philip M. Keating, Bean, Kinney & Korman, P.C., pursuant to Fed. Civ. P. 55(b)(1), in support of its Motion for Entry of Default Judgment against Defendant Thirdstone Aircraft Leasing, Group, Inc., states:

1. Merpati filed this action on April 20, 2007.

2. Merpati effected service upon Defendant Thirdstone Aircraft Leasing Group, Inc. ("Thirdstone") on April 24, 2007 as reflected on the Affidavit of Service previously filed.

3. Defendant has failed to plead, the time therefor having expired.

4. A default was entered against Thirdstone Aircraft Leasing Group, Inc. on May 25, 2007.

4. Merpati is entitled to entry of a default judgment.

<u>Nature of Suit and Suitability for Entry of Judgment on Affidavit</u>

5. This is a suit for liquidated sums under agreements to lease aircraft pursuant to which Defendant Thirdstone Aircraft Leasing Group, Inc. is liable to Merpati. Both agreements involved the lease of a commercial aircraft and provided for the return of a security deposit if the planes were not delivered by a specified date. The sums owed under each agreement are detailed in the accompanying Affidavit.

6. Fed. R. Civ. P. 55(b)(1) provides for entry of a money judgment under these circumstances.

WHEREFORE, Merpati. requests entry of a default judgment against Defendant Thirdstone Aircraft Leasing Group, Inc. as set forth in the accompanying Affidavit and proposed order of judgment.

>Respectfully Submitted,
>
>PT (Persero) Merpati Nusantara Airlines
>By Counsel

BEAN, KINNEY & KORMAN, P.C.

By: /s/ Philip M. Keating
Philip M. Keating, Esquire (DC Bar No. 384726)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703-525-4000
Facsimile: 703-525-2207

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage pre-paid, this 31st day of May 2007, to:

>Alan Messner
>1721 Galloway Circle
>Inverness, IL 60010


>Thirdstone Aircraft Leasing Group, Inc.
>1924 N Street, N.W.
>Washington, DC 20036

    /s/ Philip M. Keating
    Philip M. Keating



IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA AIRLINES

    Plaintiff,

v.

THIRDSTONE AIRCRAFT LEASING GROUP, INC.

and

ALAN MESSNER

    Defendants.

Civil Case No. 07cv717

## AFFIDAVIT REFLECTING DAMAGES

1. I am the President of PT (Persero) Merpati Nusantara Airlines ("Merpati").

2. I am an adult, have personal knowledge of the matters stated herein, and am otherwise competent to make this Affidavit.

3. The complaint filed herein accurately reflects the debt owed by Defendant Thirdstone Aircraft Leasing Group, Inc. ("Thirdstone") under the two agreements to lease aircraft referenced in the Complaint. I will recite herein the precise sums owed under each agreement.

**Count I of Complaint - B737-500.**

4. Merpati and Thirdstone entered into an agreement for Merpati to lease a Boeing B737-500 under which the last date for delivery to Merpati was February 4, 2007.

5. Merpati paid a $500,000.00 security deposit to Thirdstone on December 20, 2006.

6. The security deposit was paid to an account of Thirdstone's law firm, Hume & Associates.

7. The agreement for the lease of the B737-500 provided that Thirdstone shall return the security deposit to Merpati if the plane were not delivered by the agreed upon date.

8. The agreement further provides that Thirdstone shall return the security deposit with interest plus Merpati's costs and expense during formulation of the transaction.

9. The agreement further provides that in the event of a suit to enforce the Agreement, "any party against whom judgment is awarded will be liable for all reasonable costs and expenses, including reasonable attorney's fees incurred in the preparation, prosecution and appeal of such suit for enforcement and damages."

10. Thirdstone has not delivered the B737-500 and has not returned the security deposit.

11. There is a default under the agreement for the lease of the B737-500.

12. Through May 29, 2007, Thirdstone owes Merpati the $500,000.00 security deposit

Accordingly, Merpati requests judgment against Thirdstone in the sum of $500,00.00, plus post judgment interest.

### Count II of Complaint - B737-400.

10. Merpati and Thirdstone entered into an agreement for Merpati to lease a Boeing B737-400 under which the last date for delivery to Merpati was March 20, 2007.

11. Merpati paid a $500,000.00 security deposit to Thirdstone on December 20, 2006.

12. The security deposit was paid to an account of Thirdstone's law firm, Hume & Associates.

13. The agreement for the lease of the B737-400 provided that Thirdstone shall return the security deposit to Merpati if the plane were not delivered by the agreed upon date.

14. Thirdstone has not delivered the B737-400 and has not returned the security deposit.

15. There is a default under the agreement for the lease of the B737-400.

16. Through May 29, 2007, Thirdstone owes Merpati $500,000.00.



Third and T̶h̶e̶ L̶a̶s̶t̶

Accordingly, Merpati. requests judgment against Thirdstone in the sum of $ 500,000.00, plus post judgment interest.

### Count IV of Complaint - Conversion

17. On December 20, 2006, Merpati paid a security deposit of $1,000,000.00 to Thirdstone to secure the lease of two aircraft.

18. Despite its failure to deliver the aircraft by the time provided in the respective agreements, Thirdstone has refused to return the security deposits to Merpati.

19. Thirdstone has wrongfully and intentionally converted funds from Merpati's security deposit for its own benefit with the intention of permanently depriving Merpati from those funds.

20. Through May 29, 2007, Thirdstone owes Merpati $1,000,000.00.

Accordingly, Merpati. requests judgment against Thirdstone in the sum of US$1,000,000.00, plus post judgment interest.

I SWEAR AND AFFIRM under the penalty of perjury, that the foregoing is true and accurate, to the best of my knowledge, information and belief.

By:

[signature]

Name: Hotasi Nababan
Title: President, Director PT (Persero) Merpati Nusantara Airlines
Dated: 29 May 2007

Number: 05/Reg/05/2007
*Registered in my office in a book of registration specially made for its purpose* -----

Bekasi, May 29th, 2007
Notary Public in Bekasi

(Nurhasanah, SH, MKn)

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA AIRLINES |
    Plaintiff, |
|
THIRDSTONE AIRCRAFT LEASING GROUP, INC. | Civil Case No. 1:07-cv-00717 RJL
|
and |
|
ALAN MESSNER |
    Defendants. |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55 (b)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on May 25, 2007, as to Defendant Thirdstone Aircraft Leasing Group, Inc, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that said Defendants were properly served on April 24, 2007; therefore, it is this _____ day of May, 2007, by the United States District Court for the District of Columbia,

**ORDERED AND ADJUDGED,** that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant Thirdstone Aircraft Leasing Group, Inc., as to Count I (B737-500) in the sum of $500,000.00; as to Count II (B737-400) in the sum of $500,00.00; and as to Count IV in the amount of $1,000,000.00, with the total judgment amount being $1,000,000.00 plus post judgment interest.

                                          NANCY MAYER-WHITTINGTON, Clerk

                                  By:_____
                                          Deputy Clerk