IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES<br><br>　　Plaintiff,<br><br>v.<br><br>THIRDSTONE AIRCRAFT LEASING GROUP, INC.<br><br>and<br><br>ALAN MESSNER<br><br>　　Defendants. | Civil Case No.1:07-cv-00717 RJL<br><br>In re: Alan Messner<br>　　(Defendant) |

**MILITARY AFFIDAVIT**

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title *50,* Appendix, Section *520,* United States Code)

I hereby certify under penalty of perjury, this 4th day of June, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf .

　　I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper

authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as an aircraft leasing executive.

BEAN, KINNEY & KORMAN, P.C.

By: /s/ Philip M. Keating
    Philip M. Keating, Esquire (DC Bar No. 384726)
    2300 Wilson Boulevard, 7th Floor
    Arlington, Virginia 22201
    Phone: 703-525-4000
    Facsimile: 703-525-2207

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by first class mail, postage pre-paid, this 4th day of June 2007 to:

    Alan Messner
    1721 Galloway Circle
    Inverness, IL 60010

    Thirdstone Aircraft Leasing Group, Inc.
    1924 N Street, N.W.
    Washington, DC 20036


    /s/   Philip M. Keating
    Philip M. Keating