Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA
AIRLINES

_____

       Plaintiff(s)

   v.

THIRDSTONE AIRCRAFT LEASING
GROUP, INC. et al

_____

     Defendant(s)

    ALAN MESSNER

RE:

Civil Action No.  07-cv-00717-RJL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint      on      April 26, 2007      , and an affidavit on behalf of the plaintiff having been filed, it is this  5th  day of ____June____, 2007  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Jackie Francis
              Deputy Clerk