UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THIRDSTONE AIRCRAFT LEASING GROUP, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 1:07-cv-00717 |

FILED
JUL 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Federal Rule of Civil Procedure 58, it is this 8th day of July, 2007, hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered in favor of plaintiff against Defendants Thirdstone Aircraft Leasing Group, Inc. and Alan Messner, jointly and severally, in the amount of $1,000,000.00 plus post judgment interest at the rates established by statute until judgment is satisfied.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge