IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PT (PERSERO) MERPATI NUSANTARA AIRLINES**   \| <br>     **Plaintiff,**   \| <br>   \| <br> **v.**   \| <br>   \| <br> **THIRDSTONE AIRCRAFT LEASING GROUP, INC.,** \| <br> *et al.*   \| <br>   \| <br>     **Defendants**   \| <br>   \| | **Civil Case No. 1:07-cv-00717** |

### RENEWED MOTION TO COMPEL ATTENDANCE AT DEPOSITION

**COMES NOW,** Plaintiff PT (Persero) Merpati Nusantara Airlines ("Plaintiff"), and respectfully moves this honorable Court to compel the attendance of Jon Cooper ("Cooper"), a non-party witness, to attend a deposition in aid of execution of a judgment entered in this case on July 8, 2007. The grounds for this motion are stated in the Memorandum of Points and Authorities submitted herewith.

**WHEREFORE,** Plaintiff respectfully requests that Jon Cooper be compelled to attend a deposition during November 2007 and that Cooper pay attorneys fees associated with the filing of this motion.

                                                                                            Respectfully Submitted,

                                                                                           PT (Persero) Merpati Nusantara Airlines
                                                                                           By Counsel

                                                                                           BEAN, KINNEY & KORMAN, P.C.

*By: /s/ James. R. Schroll*
James R. Schroll, Esq. (DC Bar #256099)
Philip M. Keating, Esq. (DC Bar #384726)
Juanita F. Ferguson, Esq. (DC Bar #471045)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703-525-4000
Facsimile: 703-525-2207

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the RENEWED MOTION TO COMPEL ATTENDANCE AT DEPOSITION was served by electronic mail this 14th day of November 2007 on:

Geoffrey T. Hervey
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814

                                                  */s/ James. R. Schroll*
                                                  James R. Schroll, Esq.