UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
FEB 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

PT (PERSERO) MERPATI )
NUSANTARA AIRLINES, )
)
)
Plaintiff, )
)
v. ) Civil Case No. 07-0717 (RJL)
)
THIRDSTONE AIRCRAFT LEASING )
GROUP, INC. et al., )
)
Defendants. )

### ORDER

On January 30, 2008, non-party Jon C. Cooper filed a motion to quash a subpoena issued to BB&T [Dkt. #21]. As of the date of this order, plaintiff has not filed an opposition to the motion to quash. Accordingly, it is this 22nd day of February 2008, hereby:

**ORDERED** that plaintiff shall file a response, if any, to the Motion by Non-Party Jon C. Cooper to Quash Subpoena to BB&T no later than eleven days from entry of this order. If the plaintiff fails to respond, the Court may treat the motion as conceded pursuant to Local Rule 7(b) and quash the subpoena.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

