IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES, | * * * |
| Plaintiff, | * * |
| vs. | * Case No. 1:07-CV-00717 * |
| THIRDSTONE AIRCRAFT LEASING GROUP, INC., et al. | * * * |
| Defendants. | * |

**PRAECIPE WITHDRAWING MOTION BY NON-PARTY
JON C. COOPER TO QUASH SUBPOENA TO BB&T**

Please note that non-party Jon C. Cooper, Ph.D. ("Dr. Cooper"), by his undersigned counsel, hereby withdraws his Motion to Quash a Subpoena issued by the Plaintiff to the Custodian of Records of BB&T for the production of records related to Dr. Cooper's personal bank account. The Motion is moot because BB&T has already produced records in response to the Subpoena.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____
Geoffrey T. Hervey, # 415907
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
301-656-2707 phone
301-961-6525 fax
ghervey@bregmanlaw.com